| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:26-CR-67-TAV-JEM-12 |
| | ) | |
| GARY JAMES SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on July 7, 2026 [Doc. 59], recommending that the Court grant the government's Emergency Motion Under 18 U.S.C. [§] 3145 for Revocation of Magistrate Judge's Release Order [Doc. 13]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After a careful, *de novo* review of the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 59]. The government's emergency motion [Doc. 13] is **GRANTED**, the Release Order is **REVOKED**, and defendant **SHALL** remain detained pending further proceedings in this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE